# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00032-CR

**Paul Joseph Stautzenberger, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 7 OF TRAVIS COUNTY
### NO. 487247, HONORABLE FRANK J. MALONEY, JR., JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On June 4, 1999, Paul Joseph Stautzenberger was convicted at a bench trial for driving while his license was suspended. The court sentenced him to thirty days in jail and a $500 fine. He filed a timely motion for new trial that was overruled by operation of law. Tex. R. App. P. 21.8(c).

Stautzenberger filed his notice of appeal on January 11, 2006, long after the time for perfecting appeal had expired. *See* Tex. R. App. P. 26.2(a)(2). Under the circumstances, we lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).

The appeal is dismissed.

_____

Jan P. Patterson, Justice

Before Justices B. A. Smith, Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed:   February 2, 2006

Do Not Publish